REGIONAL ECONOMIC COMMUNITY ACTION PROGRAM, INC., Appellant, v ENLARGED CITY SCHOOL DISTRICT OF MIDDLETOWN, Respondent.

Submitted December 5, 2011; decided December 13, 2011

Reported below, 79 AD3d 723.

Motion by New York State School Boards Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.